# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **YOMARE POLANCO,** : | |
| : | |
| v. : | CIVIL ACTION NO. 22-2598 |
| : | |
| **DOMINICAN REPUBLIC, et al.** : | |

## ORDER

This 11th day of December, 2023, upon consideration of the multiple motions to dismiss (ECF 100, 123, 122) and responses thereto, it is hereby **ORDERED** that Defendants' Motion to Dismiss on the basis of *forum non conveniens* (ECF 100, 123) is **GRANTED**, subject to the condition that defendants necessary to bring Plaintiff's case must submit to jurisdiction of the appropriate court in the Dominican Republic, and that Court must accept jurisdiction. This dismissal is without prejudice.

/s/ Gerald Austin McHugh
United States District Judge